# United States Court of Appeals for the Federal Circuit

April 18, 2011

**ERRATA**

Appeal No. 2010-1227

**ABB INC AND ABB HOLDINGS, INC.**
*Plaintiffs-Appellants,*
**v.**
**COOPER INDUSTRIES, LLC AND COOPER POWER SYSTEMS, INC.,**
*Defendants-Appellees.*

Decided:  February 17, 2011
Precedential Opinion

Please make the following changes:

Page 6, line 24, change "rejected" to "has not adopted"

Page 6, line 28, add "likely" between "Cooper" and "would"